

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00582-CV

**IN THE INTEREST OF R.F., JR.**

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 15-07-00262CVF
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED March 14, 2018.

Luz Elena D. Chapa, Justice